UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

Nos. 15-3353, 15-3354 and 15-3355

---

IN RE: VEHICLE CARRIER SERVICES ANTITRUST LITIGATION

Direct Purchaser Plaintiffs Cargo Agents, Inc.;
International Transport Management Corp.;
and Manaco International Forwarders, Inc.;
Appellants in 15-3353

Martens Cars of Washington, Inc.; Hudson Charleston Acquisition, LLC d/b/a Hudson Nissan; John O'Neil Johnson Toyota, LLC; Hudson Gastonia Acquisition, LLC; HC Acquisition, LLC d/b/a Toyota of Bristol; Desert European Motorcars, Ltd; Hodges Imported Cars, Inc. d/b/a Hodges Subaru; Scotland Car Yard Enterprises d/b/a San Rafael Mitsubishi; Hartley Buick/GMC Truck, Inc. d/b/a Hartley Honda; Panama City Automotive Group, Inc.d/b/a John Lee Nissan; Empire Nissan of Santa Rosa, LLC,
Appellants in 15-3354

End Payor Plaintiffs; Truck and Equipment Dealer Plaintiffs,
Appellants in 15-3355

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
(No. 2:13-cv-03306, MDL No. 2471)
District Judge: Hon. Esther Salas

---

Argued: November 17, 2016

---

Before: AMBRO, SHWARTZ, FUENTES, Circuit Judges.

---

JUDGMENT

---

This cause came to be considered on the record from the United States District

Court for the District of New Jersey and was argued on November 17, 2016.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the orders of the District Court entered August 28, 2015 and April 25, 2016 are hereby AFFIRMED. Costs taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: January 18, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** 02/09/2017

**Teste:** Marcia M. Waldron
**Clerk, U.S. Court of Appeals for the Third Circuit**